# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. OWENS, | CASE NO. SACV 09-0947 CJC (ANx) |
| Plaintiff, | *Assigned for All Purposes to:*<br>*Hon. Cormac J. Carney – Crtrm 9B* |
| vs. | [~~PROPOSED~~] JUDGMENT |
| COUNTY OF ORANGE, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

The arguments having been presented and fully considered, and in accordance with the Court's Order dismissing Plaintiff's action on March 14, 2011, with prejudice, for want of prosecution and/or for Plaintiff's failure to prosecute through willful, bad faith conduct towards discovery and not complying with a Court Order,

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff Robert D. Owens ("Plaintiff") shall recover nothing from Defendant County of Orange;

2. Defendant County of Orange shall have judgment in its favor; and

3.  Defendant County of Orange shall recover from Plaintiff its costs of suit.

**IT IS SO ORDERED.**

DATED: March 21, 2011

By: _____
**HON. CORMAC J. CARNEY**
United States District Judge